IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SHIRLETTA SALES,

    Plaintiff,

v.

I SUPPLY CO., *et al.*,

    Defendants.

:
:
:
:
:

Case No. 3:18-cv-158

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION (DOC. #11);
OVERRULING AS MOOT WITHOUT PREJUDICE TO REFILING
DEFENDANTS' MOTION TO DISMISS (DOC. #5)

---

Based on the reasoning and citations of authority set forth by Magistrate Judge Michael Newman, in his Report and Recommendation, Doc. #11, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing, and OVERRULES AS MOOT WITHOUT PREJUDICE TO REFILING Defendants' Motion to Dismiss, Doc. #5.

Although Plaintiff was notified of her right to file Objections to the Report and Recommendation, and of the consequences of failing to do so, no Objections were filed within the time allotted.

Date: August 6, 2018

*(signature)*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE